**James BENTON, Petitioner–Appellant,**

v.

**Gary D. MAYNARD, Director, South Carolina Department of Corrections (SCDC); Charles M. Condon, Attorney General of the State of South Carolina, Respondents–Appellees.**

No. 03–6114.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 20, 2003.

Decided Feb. 28, 2003.

James Benton, Appellant Pro Se. Donald John Zelenka, Chief Deputy Attorney General, Columbia, South Carolina, for Appellees.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

James Benton seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Benton has not made a substantial showing of the denial of a constitutional right. *See Benton v. Maynard,* No. CA–02–2942–22AJ (D.S.C. filed Dec. 27, 2002; entered Dec. 30, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*